### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

```
JOHNNY RAY LANDRUM,            :
                              :
          Plaintiff,          :
                              :
vs.                           :   CIVIL ACTION 06-0001-BH-M
                              :
GREGORY GRIGGS, et al,        :
                              :
          Defendants.         :
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 8th day of February, 2008.

s/ W. B. Hand
SENIOR DISTRICT JUDGE

---

[1]Although petitioner's mail which contained the Report and Recommendation here at issue was returned as undeliverable, petitioner is still deemed to have failed to object inasmuch as he has failed to fulfill his obligation to keep the Court informed of his proper address.